**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Clifton Allen
LaSalle Corr. Ctr. Dorm-C DOC No. 209546
15976 Hwy 165
Olla LA 71465-4801

**REHEARING ACTION: March 26, 2014**

**Docket Number: 13   01228-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CLIFTON ALLEN**

**Writ Application from Calcasieu Parish Case No. 20904-11**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. J. David Painter**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clifton Allen** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent